IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

BOBBY BLAKE,

          Plaintiff,

v.                                               CIVIL ACTION NO.  3:20-0178

COUNSELOR STEPP and
COUNSELOR PHILLIPS,

          Defendants.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court dismiss the Complaint (ECF No. 2) and remove this civil action form the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DISMISSES** the Complaint (ECF No. 2) and **REMOVES** this civil action form the docket of the Court, consistent with the findings and recommendations.

      The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                    ENTER:      June 3, 2020

                                    ROBERT C. CHAMBERS
                                    UNITED STATES DISTRICT JUDGE